**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PREMIUM PLATE SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** _____ |
| | ) | |
| SOUTHEAST TEXAS INDUSTRIES, INC. and SPACE EXPLORATION TECHNOLOGIES CORP.. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF REMOVAL</u>**

Defendant Space Exploration Technologies Corp. ("<u>SpaceX</u>") hereby gives notice pursuant to 28 U.S.C. § 1446 that this civil action ("<u>Civil Action</u>") filed by Plaintiff Premium Plate Supply, Inc. ("<u>Premium Plate</u>") is hereby removed from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama. This Court has jurisdiction over this Civil Action for the reasons discussed in this Notice of Removal.

**I.    Background.**

1.    On June 24, 2026, Premium Plate initiated the Civil Action, styled *Premium Plate Supply, Inc. v. Southeast Texas Industries, Inc., et al.*, Civil Action No. 02-CV-2026-901822, in the Circuit Court of Mobile County, Alabama (the "<u>State Court</u>") by filing its complaint (the "<u>Complaint</u>"). *See* State Court Doc. 2.

2.    SpaceX was served with process on June 30, 2026. *See* State Court Doc. 18.

3.      In the Complaint, Premium Plate seeks, among other things, $737,706.59 in damages from SpaceX under the theory of unjust enrichment related to SpaceX's possession of modules purchased by SpaceX. *See* Complaint at ¶¶ 34-40.

4.      Attached hereto as **Exhibit "A"** is a true and correct copy of the docket sheet from the Circuit Court of Mobile County, as well as the process, pleadings, notices, and orders delivered to any party in the Civil Action.

5.      In the Complaint, Premium Plate also asserts a detinue claim against SpaceX and Southeast Texas Industries, Inc. ("STI" or, together with SpaceX, the "Defendants"). *See* Complaint at ¶¶ 49-59. Co-Defendant STI consents to this removal. Attached hereto as **Exhibit "B"** is a true and correct copy of the *Defendant Southeast Texas Industries Inc.'s Consent to Removal by Defendant Space Exploration Technologies Corp.*

## II.    Subject Matter Jurisdiction Exists.

6.      "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed . . . ." 28 U.S.C. § 1441(a). This court has original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. § 1332(a)(1).

### A.    Complete Diversity of Citizenship Exists.

7.      Premium Plate is not a citizen of any state of which any Defendant is a citizen. As explained below, now, and at the time the Complaint was filed, Premium Plate is a citizen of Delaware and Alabama, and the Defendants are citizens of Texas.

8.      As explained in the Complaint, Premium Plate is a Delaware corporation with its principal place of business in Alabama. *See* Complaint at ¶ 1. Thus, Premium Plate is a citizen of Delaware and Alabama for purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

9.      SpaceX is a Texas corporation with its principal place of business in Texas. Thus, SpaceX is a citizen of Texas. *Id.*

10.     Upon information and belief, STI is a Texas corporation with its principal place of business in Texas. Thus, STI is a citizen of Texas. *Id.*

11.     Because Premium Plate is a citizen of Delaware and Alabama, and Defendants are citizens of Texas, there is complete diversity of citizenship between the parties.

**B.      The Amount in Controversy Exceeds $75,000.**

12.     Premium Plate's claim against SpaceX for $737,706.59 in damages for unjust enrichment clearly place more than $75,000.00 in controversy in the Civil Action. *See* Complaint at ¶¶ 34-40.

**III.    Venue Is Proper in This District and Division.**

13.     Premium Plate filed the Complaint in the Circuit Court of Mobile County, Alabama, which is located in this District and Division. *See* 28 U.S.C. § 81(c)(2). Accordingly, venue is proper under 28 U.S.C. § 1441(a).

**IV.    Removal Is Timely.**

14.     This Notice of Removal is timely, as SpaceX has filed this Notice of Removal within thirty days of June 30, 2026, the date it was served in the Civil Action. *See* 28 U.S.C. § 1446(b).

**V.    The Other Removal Prerequisites Have Been Satisfied.**

15.    A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will promptly be filed with the Clerk of the Circuit Court of Mobile County, Alabama, in accordance with 28 U.S.C. § 1446(d).

16.    Written notice of the filing of this Notice of Removal will be given to Premium Plate as required by law.

17.    The allegations of this Notice of Removal are true and correct, and this cause is within the jurisdiction of the United States District Court for the Southern District of Alabama, and this cause is removable to the United States District Court for the Southern District of Alabama.

18.    If any question arises as to the propriety of the removal of this Civil Action, SpaceX requests the opportunity to present a brief and oral argument in support of its position that this Civil Action is removable.

Respectfully submitted this the 30th day of July, 2026.

*/s/ Evan N. Parrott*
Evan N. Parrott
J. Walton Jackson

*Counsel for Space Exploration Technologies Corp.*

**OF COUNSEL:**

**MAYNARD NEXSEN P.C.**
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602
(251) 432-0001
*eparrott@maynardnexsen.com*
*wjackson@maynardnexsen.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a copy of the foregoing was served on the following by electronic mail and U.S. Mail:

Jarrod J. White
Jeffry N. Gale
Frazer Greene LLC
P.O. Box 1686
Mobile, AL 36633
Phone: 251-431-6020
Fax: 251-431-6030
Direct: 251-544-2683
jjw@frazergreene.com
jng@frazergreene.com

*Attorneys for Premium Plate Supply, Inc.*

 */s/ Evan N. Parrott*
Of Counsel

5